1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4
   SUSAN E. BADGER (CSBN 124365)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7199
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. 07-MJ-70396 MAJ
14                                     )
           Plaintiff,                  )
15                                     )   **NOTICE OF CHANGE OF COUNSEL**
        v.                             )
16                                     )
   JEFFREY BENJAMIN HARRISON,          )
17                                     )
           Defendants.                 )
18 _____)

19
           The United States Attorney's Office hereby files this Notice of Change of Counsel to
20
   advise the court that AUSA Susan E. Badger should be removed from the list of persons to be
21
   noticed.
22

23
   DATED: July 11, 2007                    Respectfully submitted,
24
                                           SCOTT N. SCHOOLS
25                                         United States Attorney

26
                                           _____/s/_____
27                                         SUSAN E. BADGER
                                           Assistant United States Attorney
28
   NOTICE OF CHANGE OF COUNSEL
   [97-MJ-70396 MAJ]