E-Filing

☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FT 9:58-10:07 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>JAMES LARSON | DATE<br>July 9, 2007 | ☐ NEW CASE | CASE NUMBER<br>3-07-70396 JL | |

FILED 2007 JUL -9 PM 12:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.F.

### APPEARANCES

| DEFENDANT<br>Jeffrey Harrison | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Craig Bessinger | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Josh Eaton | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☐ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | OR ARRAIGNMENT | ☐ | BOND POSTING/ SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ | TRIAL |
| ☒ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☒ | OTHER set |

### INITIAL APPEARANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

### ARRAIGNMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE STATED | ☐ | WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | ➡ | AMOUNT OF SECURITY<br>$200,000 | AMOUNT RECEIVED<br>$ | ☒ | PASSPORT SURRENDERED DATE: 7/9/07 |

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: |
|---|---|---|
| ☒ CASH  $200,000 | ☐ CORPORATE SECURITY | ☐ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

| ORDER REMOVED TO THE DISTRICT OF | OTHER:<br>Deft to be released on posting cash & passport |
|---|---|

### PLEA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | ☐ | GUILTY TO COUNTS: |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 7-23-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>JL | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

COPIES SENT TO: Venice,

DOCUMENT NUMBER: