SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUG SPRAGUE
Acting Criminal Chief (CABN 202121)

JOSHUA B. EATON (CABN 196887)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6958
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3-07-70396-JL |
| Plaintiff, | [~~XXXXXXX~~][PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM July 9, 2007 TO JULY 26, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| v. | |
| JEFFREY BENJAMIN HARRISON, | |
| Defendant. | |

   On July 5, 2007, based on a criminal complaint presented by Immigration and Customs Enforcement Special Agent Michael Appio, the Honorable James Larson issued an arrest warrant for the Defendant. On July 9, 2007, the Court held an Initial Appearance and set the matter for further proceedings on July 23, 2007. Additionally on July 9, 2007, the parties stipulated, and the Court that time should be excluded from the Speedy Trial Act calculations from July 9, 2007 to July 23, 2007.

   Counsel for the Government is continuing to produce discovery to the Defendant and the parties continue to discuss pre-indictment resolution. Moreover, counsel for the Government will be out of the office teaching at the Department of Justice National Advocacy Center from

1  July 18, 2007 through July 20, 2007, and at a Department meeting in Washington D.C. from July
2  23 through July 25, 2007.   The parties represent that granting the continuance is necessary for
3  effective preparation of counsel and continuity of counsel, taking into account the exercise of due
4  diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
5      Accordingly, the parties have agreed as follows:
6  1.  The proceedings scheduled for July 23, 2007 should be removed from calendar and be
7      continued until July 26, 2007.
8  2.  The Defendant agrees to an exclusion of time under the Speedy Trial Act.  Failure to
9      grant the requested continuance would unreasonably deny both Government and Defense
10     counsel reasonable time necessary for effective preparation, taking into account the
11     exercise of due diligence, the need for both sides to investigate the facts of the case, the
12     on-going attempts to reach a pre-indictment disposition, and the need for continuity of
13     counsel. Id. § 3161(h)(8)(A) & (B)(iv).
14 3.  Given these circumstances, the parties agree and the Court should find that the ends of
15     justice are served by excluding the period from July 9, 2007 to July 26, 2007 from the
16     Speedy Trial Act calculation and outweigh the best interest of the public and the
17     Defendant in a speedy trial.  Id. § 3161(h)(8)(A).
18     IT IS SO STIPULATED.

DATED: July 17, 2007     /s/ Joshua B. Eaton
                         JOSHUA B. EATON
                         Assistant United States Attorney

DATED: July 17, 2007      JBE for  /s/ Craig H. Bessenger
                         CRAIG H. BESSENGER
                         Attorney for JEFFREY HARRISON

Stipulation and [Proposed] Order Excluding Time - CR 3-07-70396-JL

1  **IT IS SO ORDERED.**

2      With the agreement of the parties, and with the consent of the defendant, the Court enters

3  this order (1) removing this matter from the July 23, 2007 calendar, and scheduling further

4  proceedings in this matter for July 26, 2007; and (2) documenting the exclusion of time from July

5  9, 2007 to July 26, 2007, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

7  DATED: 7/17/07

        IT IS SO ORDERED
        Judge Nandor J. Vadas

Stipulation and [Proposed] Order Excluding Time - CR 3-07-70396-JL