1    SCOTT N. SCHOOLS (SCBN 9990)
     United States Attorney

2
     DOUG SPRAGUE
3    Acting Criminal Chief (CABN 202121)

4    JOSHUA B. EATON (CABN 196887)
     Assistant United States Attorney

5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102
         Telephone: (415) 436-7102
7        Facsimile: (415) 436-7234

8    Attorneys for Plaintiff

9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,        )    CR No. 3-07-70396-JL
                                       )
15        Plaintiff,                   )    [PROPOSED] ORDER AND STIPULATION
                                       )    EXCLUDING TIME FROM JULY 26, 2007
16   v.                                )    TO AUGUST 15, 2007
                                       )
17   JEFFREY BENJAMIN HARRISON,        )
                                       )
18        Defendant.                   )
                                       )
19

20        ___With the agreement of the parties, and with the consent of the defendant, the Court enters

21   this order extending the time for the preliminary hearing under Federal Rule of Criminal

22   Procedure 5.1, and extending the 30-day time period for indictment and excluding time under the

23   Speedy Trial Act (18 U.S.C. § 3161) from July 26, 2007 to August 15, 2007.   The parties agree,

24   and the Court finds and holds, as follows:

25        1. The defendant is presently charged by criminal complaint for a violation of 18 U.S.C.

26   §2252(a)(4)(B) and (a)(1) Currently, the matter is scheduled for a preliminary examination or

27   arraignment on August 15, 2006.

28
     [PROPOSED] ORDER
     AND STIPULATION EXCLUDING TIME
     CR 3-07-70396-JL
                                        1

1    2.  The parties request and stipulate herein that: (a) with the defendant's consent, the twenty-

2    day time limit for a preliminary hearing or indictment under F.R.Crim.P. 5.1(a), (c), and (d) be

3    extended; and (b) time be excluded from calculation of the thirty-day time limit for information

4    or indictment under 18 U.S.C. § 3161(b).

5    3.  The parties make this request because the United States has provided and will continue to

6    make discovery available to defense counsel and thus defense counsel needs time to review those

7    materials, meet with the defendant and determine how to proceed.  Specifically, defense counsel

8    needs to determine whether a pre-charge disposition is appropriate.  Only after evaluating the

9    evidence will counsel be in a position to evaluate what disposition is an appropriate one.  He also

10   believes it is his best interest to negotiate the case pre-indictment, and he cannot do that without

11   evaluating the evidence.  Accordingly, the extension and exclusion are required for effective

12   preparation of defense counsel.

13   3.  The Court finds that there is good cause for the extension under F.R.Crim.P. 5.1, and the

14   exclusion under 18 U.S.C. § 3161, and that the ends of justice served by granting this

15   continuance outweigh the best interests of the public and of the defendant in a speedy trial and

16   the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(8)(A).  The Court further finds

17   that failure to grant the continuance would deny counsel for all parties reasonable time necessary

18   for effective preparation taking into account the exercise of due diligence under 18 U.S.C. §

19   3161(h)(8)(B)(iv).

20   4.  Accordingly, and with the consent of the defendant, the Court (1) sets a date before the

21   duty magistrate judge on August 15, 2007, at 9:30 a.m., for setting a date for preliminary hearing

22   and (2) orders that the period from July 26, 2007, to August 15, 2007, be excluded from the time

23   period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy

24   ///

25   ///

26

27   Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

28

[PROPOSED] ORDER
AND STIPULATION EXCLUDING TIME
CR 3-07-70396-JL

2

1          IT IS SO STIPULATED.

2

3    DATED: AUGUST 2, 2007                        _____/S/_____
                                                 JOSHUA B. EATON
                                                 Assistant United States Attorney

4

5    DATED: August 2, 2007                       _____/S/_____
                                                 EDWIN PRATHER
6                                                Attorney for JEFFREY HARRISON

7

8    **IT IS SO ORDERED.**

9

10

11   DATED:_____                       _____

12                                               THE HON. JAMES LARSON
                                                 United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
AND STIPULATION EXCLUDING TIME
CR 3-07-70396-JL

3