CRAIG H. BESSENGER (State Bar No. 245787)
EDWIN K. PRATHER (State Bar No. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone:  415.749.1800
Facsimile:  415.749.1694
Email: cbessenger@clarencedyer.com
         eprather@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JEFFREY HARRISON,<br><br>              Defendant. | Case No.: 3-07-70396 JL<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT JEFFREY HARRISON'S TRAVEL REQUEST** |

  Defendant Jeffrey Harrison has been released subject to the Court's terms and conditions of release.  A current condition of Mr. Harrison's release is that he obtain the permission of Pretrial Services for any travel that is both outside the Northern District of California and within the State of California.  Defendant Harrison requests the Court's permission to travel to, and stay overnight in, San Diego, California, from September 21, 2007 through September 27, 2007.  Although Mr. Harrison may travel to San Diego with the permission of Pretrial Services, Pretrial Services has asked that he obtain the Court's permission to stay overnight in San Diego for the period from September 21, 2007 through September 27, 2007.

  The purpose of the proposed travel is to allow Mr. Harrison to attend the DEMO Conference – known as the launch pad for emerging technologies related to Mr. Harrison's

business (more information is available at www.demo.com).  Prior to his travel, Mr. Harrison will provide to Pretrial Services his itinerary including information regarding the San Diego hotel at which he will stay.

      Both Rich Sarlatte, defendant Harrison's Pretrial Services Officer, and Assistant United States Attorney Joshua Eaton have indicated their consent to the Court's approval of Harrison's travel to San Diego for the period from September 21, 2007 through September 27, 2007.  All parties agree that Mr. Harrison will report to his Pretrial Services Officer on September 28, 2007, the day of his return from San Diego, as well as comply with other requests from Pretrial Services.

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September ___, 2007

                                    _____
                                    Honorable James Larson
                                    United States District Magistrate Judge

Approved as to form:

 /s/: Craig H. Bessenger
CRAIG H. BESSENGER
Clarence & Dyer LLP
Attorneys for Defendant Jeffrey Harrison


 /s/: Joshua B. Eaton
JOSHUA B. EATON
Assistant United States Attorney