| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 2 M | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | | REPORTER/FTR FTR 9:34 to 9:36 | | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE August 30, 2007 | | | NEW CASE ☐ | CASE NUMBER 3-07-70396 BZ | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Jeffrey Harrison | | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Edwin Prather | | PD. ☐ RET. ☒ APPT. ☐ |
| U.S. ATTORNEY Adam Reeves for Josh Eaton | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Brad Wilson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☒ PRELIM HRG not held. | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT not held | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: 09/17/7 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: 9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. Judge Laporte | ☐ DETENTION HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

Gov't to prepare Order.

KLH, JCS, LH

DOCUMENT NUMBER:

FILED
AUG 3 0 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA